**Exhibit A to the Complaint**

**Location:** Browns Mills, NJ  **IP Address:** 69.142.86.36
**Total Works Infringed:** 27  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A4CC592698F8CE9186D12877D051D4B0CE5B315B | Blacked | 10/07/2017 20:26:19 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 00C636D16E72BBAAD14A0BC8284F487225DF51A4 | Blacked Ra | 11/13/2017 22:36:18 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 3 | 03A3D54B83C90325A2438BF5D599C4F3F9B64B5C | Blacked | 11/16/2017 22:01:44 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 4 | 0CDEB18021838E8E2A694A7D16D9A45366CFABB6 | Blacked | 08/08/2017 19:28:45 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 5 | 0DB330D277BCF06146EBC58B3F5CAE7F85607D1A | Blacked | 08/18/2017 22:36:10 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 6 | 3E770665FF14213C98B2746B028AE2F335C6569B | Blacked | 11/01/2017 21:52:12 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 7 | 3F58ED2155E101D7F8772744DCDFA37CCD198D1F | Blacked | 07/05/2017 22:56:01 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 8 | 4CA65BC5D74B28910BF25839E44C17B9810CCF1C | Blacked | 05/10/2017 20:50:00 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 9 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Ra | 10/24/2017 23:20:05 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 10 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 07/10/2017 20:43:38 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 11 | 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF | Blacked | 06/19/2017 20:31:36 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 12 | 63E612F8D96A990207D3E7FB116A558D71EF8C4B | Blacked | 07/19/2017 21:21:08 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 13 | 6F45D81D07E71032D3473CB2DE916951F71A72AF | Blacked | 09/12/2017 20:11:10 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 14 | 728EA14DC60928704D7453184127AEEBF04E02A5 | Blacked | 05/25/2017 22:53:59 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 15 | 91837415D30937008E2754F53F0A20882B16CD37 | Blacked | 09/02/2017 23:34:09 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 16 | A42154655EB78024A258ED06F5D4AF7D7AD8E757 | Blacked | 05/15/2017 21:53:22 | 05/15/2017 | 06/22/2017 | PA0002039283 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 05/31/2017 01:44:06 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 18 | ABC387F8CA3DD6A0A11B2F4EB9368F62B219CF6C | Blacked | 07/29/2017 18:22:04 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 19 | ADC64C92996FC4281CE0DF54F712C1DA791775A9 | Blacked | 08/28/2017 20:52:55 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 20 | B35A53A2DD4F7924ABE98E6F24803E7B9CE0FC34 | Blacked | 11/11/2017 22:35:02 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 21 | B6A016EA7398CDBCE3C5F7AD2E9F542A2CC211CA | Blacked | 07/10/2017 00:14:27 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 22 | BEB2E3769786F1572CA6D4B48D5DB31A1549D1D7 | Blacked | 07/14/2017 22:32:32 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 23 | CE26A16AD0094581F9CC5AF14BFB322E233C0FF7 | Blacked | 11/06/2017 21:18:00 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 24 | D0962187DCC4EDB87A3D74E186961A7FBE7399BD | Blacked | 09/27/2017 23:18:37 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 25 | DB6040CB19308F376554AC18F5C883139311322D | Blacked | 09/18/2017 02:42:23 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 26 | E735D2BF6831D6D1B8EA4018CB29C18C2D3DB069 | Blacked Ra | 11/08/2017 21:22:04 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 27 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/22/2017 23:10:06 | 10/22/2017 | 11/15/2017 | PA0002063627 |