

**Fox Rothschild LLP**
ATTORNEYS AT LAW
Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

Office Managing Partner
Gerard P. Norton

JOHN C. ATKIN
Direct No:  609.895.3327
Email: JAtkin@FoxRothschild.com

April 17, 2018

<u>Via ECF</u>

The Honorable Joel Schneider
United States District Court for District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 69.141.228.16**
    **Dkt. No. 1:17-cv-10276-RBK-JS**

    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.196.168.172**
    **Dkt. No. 1:17-cv-10285-JBS-JS**

    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 174.57.28.230**
    **Dkt. No. 1:17-cv-12774-NLH-JS**

    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 68.83.14.125**
    **Dkt. No. 1:17-cv-12775-JHR-JS**

    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 69.142.86.36**
    **Dkt. No. 1:17-cv-12776-RBK-JS**

    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.198.4.24**
    **Dkt. No. 1:17-cv-12784-JHR-JS**

The Honorable Joel Schneider
United States Magistrate Judge
April 17, 2018
Page 2

        **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.226.103.160**
        **Dkt. No. 1:17-cv-12785-RBK-JS**

        **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 96.235.137.118**
        **Dkt. No. 1:17-cv-12786-NLH-JS**

Judge Schneider:

    As you know, we represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matters. Pursuant to Your Honor's recent orders in these matters, we have served subpoenas on Defendants' internet service providers ("ISP") without delay.[1] However, to account for the eighty-one (81) day time period that the Court provided for the ISP to provide a response, Strike 3's subpoenas could not be made returnable prior to the date the Court set to accomplish service of process, June 12, 2018, which is fifty-seven (57) days from the date of the Court's April 16, 2018 orders.

    Accordingly, in order to afford the ISP and IP subscribers the full response time provided by the Court, and to enable Strike 3 to conduct an investigation after it receives a response from the ISP to determine if the named IP subscriber is in fact the infringer of Strike 3's copyrights, Strike 3 respectfully requests that the Court issue Amended Orders in the above-referenced matters to allow Strike 3 to accomplish service of process by August 7, 2018.

    Thank you for your attention to these matters.

                                                                  Respectfully submitted,

                                                                  */s/ John C. Atkin*

                                                                   John C. Atkin

---

[1] As noted in our correspondence filed on April 16, 2018, Strike 3 cannot currently serve a subpoena in Matter No. 1:17-cv-12786, as the ISP is misidentified in the Court's Order as Comcast Communications, LLC, but should be Verizon Online LLC. [ECF No. 7].